UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELIPE FERNANDEZ,

              Plaintiff,

       -against-

FRANK PEPE'S DEVELOPMENT
COMPANY, LLC,

             Defendant.

**ORDER**

25-CV-09885 (PMH)

PHILIP M. HALPERN, United States District Judge:

Plaintiff initiated this action by filing a complaint on November 26, 2025. (Doc. 1). On December 12, 2025, Plaintiff filed an affidavit of service, indicating service of the summons and complaint was effectuated on Defendant Frank Pepe's Development Company, LLC on December 4, 2025. (Doc. 5). There has been no activity on the docket since the filing of the affidavit of service.

By March 4, 2026, Plaintiff shall comply with this Court's Individual Practices Rule 4(B) for obtaining a default judgment, or file a letter advising the Court why he should not pursue default judgment against Defendant Frank Pepe's Development Company, LLC.

Failure to strictly comply with this Court's Individual Practices and this Order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: White Plains, New York
       February 2, 2026

_____
Philip M. Halpern
United States District Judge